```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 13 1996

Michael N. Milby, Clerk

| | | |
|---|---|---|
| STATE FARM FIRE AND | § | |
| CASUALTY COMPANY AND | § | |
| STATE FARM MUTUAL AUTOMOBILE | § | |
| INSURANCE COMPANY | § | |
| Plaintiffs | § | C. A. NO. H-95-5177 |
| vs. | § | |
| | § | |
| CHARLES E. FITTS, JR. | § | JURY REQUESTED |
| Defendant | § | |

### ORDER OF WITHDRAWAL

On the _____ day of _____, 1996, came on to be considered the Motion to Withdraw as Counsel by JOHN F. DIETZE, and it appears to the Court that this Motion should be GRANTED.

IT IS THEREFORE ORDERED that JOHN F. DIETZE is withdrawn and released as counsel of record for Defendant CHARLES E. FITTS, JR. in the above-entitled and numbered cause.

SIGNED this the 12th day of MARCH, 1996.

_____
JUDGE PRESIDING

APPROVED BY:

_____
John F. Dietze
State Bar No. 05857140
LAW OFFICES OF JOHN F. DIETZE
P.O. Box 669
Rockport, TX  78381
(512) 790-8685 [Telephone]
(512) 790-8434 [Telecopier]
ATTORNEY FOR DEFENDANT
CHARLES E. FITTS, JR.