Cause Number  H-95-5177

Style  State Farm, et al.   v.  Fitts

Appearances:  95-5177

Counsel:                                      Representing:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 24 1996

Michael N. Milby, Clerk

Dale Trimble                               Plaintiffs

Charles Fitts                              pro se defendant

Date: June 21, 1996                        Reporter: J. Sanchez
                                           Law Clerk: J. Cahill
Time: _____/_____ a.m.
      1:30 / 1:45 p.m.    HEARING
                          MINUTES AND ORDER

At the hearing the Court made the following rulings:

Plaintiffs may file a motion for summary judgment.

If plaintiffs believe that written discovery is required, they should propound the written discovery to defendant accompanied by a written brief explaining why defendant's responses would not be protected by the 5th Amendment. The court will not rule on plaintiff's motion until all of defendant's appeals from his state court conviction are exhausted.

The Clerk will file these Minutes and Order and provide copies to the parties.

Sim Lake
United States District Judge