```
                                         UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF TEXAS
                                                  ENTERED
     IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF TEXAS       APR   4 1997
              HOUSTON DIVISION
                                          Michael N. Milby, Clerk
```

STATE FARM FIRE AND CASUALTY &
COMPANY, et al &
&
&
v. & CIVIL ACTION NO. H-95-5177
&
&
CHARLES E. FITTS, JR. &

## O R D E R

Parties are hereby notified that a telephone conference will be held in the above-entitled action on April 18, 1997, at 3:30 P.M.  Fitts is ORDERED to provide prison officials with a copy of this Order and to provide the court and opposing counsel with a telephone number within the prison at which he can be reached for purposes of the conference.  The court will initiate the telephone conference.

SIGNED at Houston, Texas, this **3rd** day of April, 1997.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

#12