UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

APR 1 0 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, et al | & & & & |
| v. | & & CIVIL ACTION NO. H-95-5177 |
| CHARLES E. FITTS, JR. | & & & |

O R D E R

The telephone conference set for April 18, 1977, at 3:30 P.M., is hereby **reset** to **April 25, 1997,** at **3:30 P.M.**

Fitts is ORDERED to provide prison officials with a copy of this Order and to provide the Court and opposing counsel with a telephone number within the prison at which he can be reached for purposes of the conference. The Court will initiate the telephone conference.

SIGNED at Houston, Texas, this 9th day of April, 1997.

SIM LAKE
UNITED STATES DISTRICT JUDGE

#13